## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**KEITH ANGELO JACKSON**         :
**2925 Knox Place, SE #102**     :
**Washington, D.C. 20020**       :
                                 :
                                 :
                                 :
        **Plaintiff,**           :
                                 :
    **v.**                       :    **Case No. 1:22-cv-2058**
                                 :
                                 :
**WASHINGTON METROPOLITAN**      :
**AREA TRANSIT AUTHORITY, et al.** :
**300 7ᵗʰ Street, SW**           :
**Washington, D.C. 20024**       :
                                 :
                                 :
        **Defendant.**           :
_____:

### NOTICE OF REMOVAL BY DEFENDANT
### WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Columbia:

1.     On or about June 22, 2022, Plaintiff filed a complaint against WMATA in the Superior Court of the District of Columbia, in the case titled *Keith Angelo Jackson v. WMATA*, Case No. 2022 CA 002643 B.

2.     Defendant WMATA was formally served in this action on June 28, 2022.

3.     The Complaint, DC Information Sheet, and Affidavits of Service for WMATA, Sedgwick and L. Rucker filed by the Plaintiff in the Superior Court of the District of Columbia are attached. Additionally, the Summons for Sedgwick Claims Services, Summons for WMATA, Summons for Luscious Rucker, and Initial Order, issued by the Superior Court of the District of Columbia are also attached. These documents constitute the only process, pleadings, or orders received or filed by the Defendant WMATA in this case.

4.      This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to this court in accordance with 28 U.S.C. §1446 (2017).

5.      Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia and mailed to Plaintiff at her address of record. This Notice is attached.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,


/s/ *Michael K. Guss*
Michael K. Guss #465171
Senior Counsel
WMATA Office of General Counsel 7E
300 7th Street, SW
Washington, D.C. 20024
(202) 962-1468
(202) 962-2550 (facsimile)

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed

and sent to the following persons, via U.S. Mail, this 13th day of July 2022, to:

Keith Angelo Jackson
2925 Knox Place, SE #102
Washington, D.C. 20020

<u>/s/ *Michael K. Guss*</u>
Michael K. Guss #465171

3